IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABRAHAMS KASLOW & CASSMAN LLP, | |
| Plaintiff, | 8:23CV328 |
| vs. | |
| JULIE M. KINNISON, Individually; and TYLER FRY, as Personal Representative of Estate of R. Craig Fry; | ORDER |
| Defendants. | |

This matter is before the Court after review of the docket. Plaintiff filed a Complaint for Interpleader on July 31, 2023, (Filing No. 1), and an Amended Complaint for Interpleader on October 6, 2023, (Filing No. 5). Defendant, Tyler Fry, filed an answer to the amended complaint on November 28, 2023. Defendant, Julie Kinnison, filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure on November 28, 2023. (Filing No. 9).

On April 23, 2024, the Court denied Defendant Kinnison's motion to dismiss, and granted Plaintiff's request to deposit the disputed funds, including any applicable interest, into the Court's Registry. (Filing No. 14). To date, no party has taken any further action in this case. Accordingly,

**IT IS ORDERED**:

1. Defendant Julie Kinnison shall file an answer to the Amended Complaint on or before **June 28, 2024**.

2. Plaintiff shall deposit the disputed funds as previously ordered by the Court (Filing No. 14) on or before **July 9, 2024**.

Dated this 18th day of June, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge