IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABRAHAMS KASLOW & CASSMAN LLP,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JULIE M. KINNISON, Individually; and TYLER FRY, as Personal Representative of Estate of R. Craig Fry;<br><br>　　　　　　Defendants. | **8:23CV328**<br><br>**ORDER** |

　　　This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　　The clerk shall reassign the case to a different magistrate judge.

　　　Dated this 3rd day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge