IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABRAHAMS KASLOW & CASSMAN LLP,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE M. KINNISON, Individually; and TYLER FRY, as Personal Representative of Estate of R. Craig Fry;<br><br>Defendants. | 8:23CV328<br><br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before June 27, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 29th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge