IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABRAHAMS KASLOW & CASSMAN LLP,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE M. KINNISON, Individually; MATTHEW J. FRY, Personal Representative of the Estate of R. Craig Fry; and TYLER FRY, as Personal Representative of Estate of R. Craig Fry;<br><br>Defendants. | 8:23CV328<br><br>ORDER |

      This matter comes before the Court on the parties' Joint Stipulation to Release Funds. Filing No. 36. The Court grants the motion.

      This is an interpleader action regarding proceeds from a 401(k) profit-sharing plan in which R. Craig Fry, now deceased, was a participant. Plaintiff, Abrahams Kaslow & Cassman, LLP ("AKC"), is the plan administrator of the 401(k) profit-sharing plan. Defendant, Julie M. Kinnison, is the surviving spouse of R. Craig Fry. Defendant, Tyler Fry, is the personal representative of R. Craig Fry's estate. *See generally* Filing No. 5 (amended complaint).

      AKC moved to interplead the disputed funds. Filing No. 5. The Court granted AKC leave to deposit the funds into the Court's registry, Filing No. 14 at 6, but the parties subsequently filed a joint motion to have the trustee of the 401(k) profit-sharing plan, Ascensus Trust Company, continue holding the disputed funds for tax reasons, Filing No. 19. On August 1, 2024, the Court granted the joint motion and ordered Ascensus to continue to hold the disputed funds. Filing No. 20 at 2. It further ordered that neither

party was permitted to withdraw, rollover, or otherwise undertake any action that would dissipate the disputed funds or transfer them from Ascensus's custody without the Court's prior approval. *Id.*

The parties now indicate they have settled this matter and agree the disputed funds shall be paid to the estate of R. Craig Fry. Filing No. 36 at 2. Accordingly, they ask the Court to order the release of the funds. *Id.* at 2–3. The Court find such an order is proper. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation to Release Funds, Filing No. 36, is granted.

2. Julie M. Kinnison and Tyler Fry as Personal Representative of Estate of R. Craig Fry shall timely complete the necessary and proper paperwork from the Ascensus Trust Company in order for the funds to be released.

3. The Ascensus Trust Company is released from the August 1, 2024, Order (Filing No. 20) and may release the funds to the Estate of Fry as identified in the executed documentation upon receipt of all necessary paperwork.

4. The Court's prior orders requiring the parties to file a joint stipulation for dismissal, Filing No. 33; Filing No. 35, remain in effect.

Dated this 9th day of July, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge