IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABRAHAMS KASLOW & CASSMAN LLP,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE M. KINNISON, Individually; and TYLER FRY, as Personal Representative of Estate of R. Craig Fry;<br><br>Defendants. | 8:23CV328<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 38). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, without an award of costs, expenses, or attorneys' fees to any party.

Dated this 11th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge